# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: MARK DROZEK  
630 WIMBELTON TRAIL  
MCHENRY, IL  60050  

SSN-xxx-xx-2399

Case Number: 08-71836

Case filed on: 6/12/2008  
Plan Confirmed on:  

U Dismissed  Unconfirmed

Total funds received and disbursed pursuant to the plan: $735.00          Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | ATTORNEY JAMES A YOUNG | 3,500.00 | 3,500.00 | 334.94 | 0.00 |
|  | Total Legal | 3,500.00 | 3,500.00 | 334.94 | 0.00 |
| 004 | ILLINOIS DEPARTMENT OF REVENUE | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Priority | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | MARK DROZEK | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | CITIZENS FINANCE | 12,686.62 | 5,610.00 | 181.87 | 167.48 |
| 002 | NISSAN- INFINITI LT | 9,298.55 | 0.00 | 0.00 | 0.00 |
| 003 | WILSHIRE CREDIT CORPORATION | 3,554.00 | 3,554.00 | 0.00 | 0.00 |
|  | Total Secured | 25,539.17 | 9,164.00 | 181.87 | 167.48 |
| 001 | CITIZENS FINANCE | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | ACTIVITY COLLECTION SERVICE INC | 275.50 | 35.82 | 0.00 | 0.00 |
| 006 | APEX FINANCIAL MANAGEMENT | 0.00 | 613.32 | 0.00 | 0.00 |
| 007 | ARTISTIC SOLUTIONS INC | 0.00 | 9.42 | 0.00 | 0.00 |
| 008 | BUREAU OF COLLECTION | 0.00 | 130.78 | 0.00 | 0.00 |
| 009 | CHRYSLER FINANCIAL | 0.00 | 1,820.00 | 0.00 | 0.00 |
| 010 | CREDITORS COLLECTION | 0.00 | 20.15 | 0.00 | 0.00 |
| 011 | ENHANCED RECOVERY CORP | 0.00 | 377.57 | 0.00 | 0.00 |
| 012 | EXPRESS | 0.00 | 32.76 | 0.00 | 0.00 |
| 013 | HARRIS N.A. | 0.00 | 2,080.00 | 0.00 | 0.00 |
| 014 | HARVARD COLLECTION | 0.00 | 168.22 | 0.00 | 0.00 |
| 015 | INTEGRATED | 0.00 | 403.91 | 0.00 | 0.00 |
| 016 | JOSEPH I SUSSMAN PC | 47,920.47 | 6,229.66 | 0.00 | 0.00 |
| 017 | KCA FINANCIAL SVCS | 0.00 | 12.22 | 0.00 | 0.00 |
| 018 | MALCOLM S. GERALD & ASSOCIATES | 0.00 | 130.00 | 0.00 | 0.00 |
| 019 | MEDICAL RECOVERY SPECIALISTS | 0.00 | 299.81 | 0.00 | 0.00 |
| 020 | MRSI | 0.00 | 55.12 | 0.00 | 0.00 |
| 021 | MRSI | 0.00 | 25.61 | 0.00 | 0.00 |
| 022 | NORTHERN LEASING SYSTEMS INC | 1,975.00 | 256.75 | 0.00 | 0.00 |
| 023 | PENTAGROUP FINANCIAL | 0.00 | 69.16 | 0.00 | 0.00 |
| 024 | POTRATZ & HOLLANDER | 0.00 | 0.00 | 0.00 | 0.00 |
| 025 | ALRENE DROZEK | 0.00 | 0.00 | 0.00 | 0.00 |
| 026 | FRANKS GERKIN MCKENNA, P.C. | 0.00 | 291.38 | 0.00 | 0.00 |
|  | Total Unsecured | 50,170.97 | 13,061.66 | 0.00 | 0.00 |
|  | Grand Total: | 79,210.14 | 25,725.66 | 516.81 | 167.48 |

Total Paid Claimant:         $684.29  
Trustee Allowance:           $50.71  
Percent Paid Unsecured:      0.00

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

  /s/ Lydia S. Meyer  
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 12/30/2008          By  /s/Heather M. Fagan